IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON KUHLMAN ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 24-1511 |
| ) | |
| SERGEANT HUNTER SARVER, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Petitioner Clinton Kuhlman filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 5. This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On November 4, 2025, the Magistrate Judge issued a Report and Recommendation, ECF No. 18, recommending that the Respondents' Motion to Dismiss be granted, that the habeas petition be dismissed as untimely, and a certificate of appealability be denied. The parties were informed that objections to the Report and Recommendation were due by November 18, 2025 for electronically registered users and by November 21, 2025 for the non-registered user Petitioner. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of December 2025, it is ORDERED that the Report and Recommendation, ECF No. 18, filed on November 4, 2025, by Magistrate Judge Taylor, is adopted as the Opinion of the Court.

2

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss, ECF No. 17, is GRANTED insofar as it argues that the Petition for Writ of Habeas Corpus was untimely filed.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 5, is dismissed as untimely. A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                                _s/*Marilyn J. Horan*_
                                                                                 Marilyn J. Horan
                                                                                 United States District Court Judge

Clinton Kuhlman
No. QE8202
SCI Greene
169 Progress Drive
Waynesburg, PA 15370